UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MEKISHA BUYARD<br><br>    Defendant. | 1:20-cv-00954-DAD-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 7)<br><br>and<br><br>ORDER DIRECTING UNITED STATES PENITENTIARY LOMPOC TO FORWARD PAYMENT OF INMATE FILING FEE<br><br>and<br><br>ORDER GRANTING, IN PART, AND DENYING, IN PART REQUEST FOR COPY OF FILED COMPLAINT AND IFP FORMS, AND DIRECTING CLERK TO SEND COPY OF COMPLAINT (ECF NO. 1) TO PLAINTIFF<br><br>(ECF No. 4) |

Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983. On July 16, 2020, the Court ordered Plaintiff to pay the $400 filing fee or submit a completed application to proceed *in forma pauperis*. On July 23, 2020, Plaintiff moved for a copy of his filed complaint and for *in*

1

*forma pauperis* forms. (ECF No. 4). On July 27, 2020, Plaintiff filed a declaration in support of a request to proceed *in forma pauperis*. (ECF No. 5). The Court treats this declaration as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to the plaintiff's trust account.  The Warden of United States Penitentiary Lompoc (or his or her designee) is required to send to the Clerk of the Court payments from the plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff also seeks a copy of his complaint and a copy of *in forma pauperis* forms. The latter request is moot and the Court will deny it.

With respect to his complaint, Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Even upon granting Plaintiff with leave to proceed *in forma pauperis*, such status does not entitle him to free copies of documents from the Court.

In this instance, in light of the fact that Plaintiff has shown a need for a copy as he has no other, *see Spisak v. State of Nevada*, No. 2:05–cv–01147–JCM–PAL, 2007 WL 1612293, *3 (D. Nev. June 1, 2007), and because Plaintiff's Complaint is not voluminous, the Court will make a one-time exception and provide Plaintiff with a free copy of his original Complaint. In the future, Plaintiff must retain a copy of all documents submitted to the Court. The Court will not look favorably on future requests for free copies of filed documents.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Warden of United States Penitentiary Lompoc (or his or her designee) shall collect payments from the plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Warden of United States Penitentiary Lompoc, via the court's electronic case filing system (CM/ECF) or via mail at 3901 Klein Blvd., Lompoc, CA 93436.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. The Court GRANTS Plaintiff's motion for a copy of his filed Complaint but DENIES his request for a copy of *in forma pauperis* forms as moot.

6. The Clerk of Court is respectfully directed to send a copy of Plaintiff's complaint (ECF No. 1) to Plaintiff.

IT IS SO ORDERED.

Dated:  **July 29, 2020**                    /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE