IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE PETERSEN,**<br><br>Plaintiff,<br><br>v.<br><br>**MEKISHA BUYARD,**<br><br>Defendant. | Case No. 1:20-cv-00954 DAD EPG<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(ECF No. 13)** |

On February 19, 2021, Defendant M. Buyard moved this Court for an extension of time to file her responsive pleading to Plaintiff Kyle Petersen's Complaint to March 24, 2021.  (ECF No. 13). Defendant's counsel declares that counsel is awaiting records from the California Department of Corrections and Rehabilitation. Counsel further declares that counsel is in Boerne, Texas, without power due to Winter Storm Uri. Good cause appearing, Defendant Buyard's Request is **GRANTED**.  Defendant Buyard shall file her responsive pleading no later than March 24, 2021.

IT IS SO ORDERED.

Dated:   **February 22, 2021**               /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1