UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEKISHA BUYARD,<br><br>　　　　　Defendant. | No.  1:20-cv-00954-DAD-EPG<br><br>ORDER GRANTING MOTION FOR COPY OF COMPLAINT<br><br>(ECF No. 16)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THE OPERATIVE COMPLAINT |

On March 4, 2021, Plaintiff Kyle Petersen ("Plaintiff"), a federal inmate proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a motion seeking a copy of the complaint. (ECF No. 16). Plaintiff states he wishes to file a motion with the Court but needs a copy of the complaint to do so. Plaintiff's motion states that he has been transferred to a new facility, and during the transfer, his property, including the complaint, was lost.

This is the second time Plaintiff has requested a copy of his complaint in this action. (*See* ECF Nos. 4 (request for copy of complaint); 6 (grant of such request)). As the Court told Plaintiff when granting his first request:

> Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made

1

by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Even upon granting Plaintiff with leave to proceed in forma pauperis, such status does not entitle him to free copies of documents from the Court.

(ECF No. 6 at 2).

Plaintiff has now requested the same complaint a second time. Plaintiff alleges that he lost all his property when he was transferred to a new prison in August 2020. The Court notes that it ordered that a copy of the complaint be sent to Plaintiff in July, 2020.

Because Plaintiff alleges he was transferred soon after the Court ordered that he be provided with a copy of the complaint, the Court provide Plaintiff with one more free copy of his original Complaint. In the future, Plaintiff must retain a copy of all documents submitted to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a copy of the complaint (ECF No. 16) is GRANTED; and
2. The Clerk of Court is directed to send Plaintiff a copy of his complaint (ECF No. 1).

IT IS SO ORDERED.

Dated:  **March 8, 2021**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2