1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   KYLE PETERSEN,                              No.  1:20-cv-00954-DAD-EPG (PS)

11          Plaintiff,                           ORDER GRANTING PLAINTIFF'S THIRD
                                                 MOTION FOR EXTENSION OF TIME;
12      v.                                       DIRECTING PARTIES TO MAKE FILINGS
                                                 REGARDING STATE LEGAL MATERIALS
13   MEKISHA BUYARD,
                                                 (ECF No. 32)
14          Defendant.

15

16          Before the Court is Plaintiff's third motion for extension of time to respond to the

17   Defendant's motion to dismiss. (ECF No. 32). Defendant filed her motion to dismiss on April 14,

18   2021. (ECF No. 23).  On April 15, 2021, the Court entered findings and recommendations,

19   recommending that this action be stayed pending the Ninth Circuit's decision on the appeal of

20   Plaintiff's underlying federal criminal conviction, noting that the challenged parole searches of

21   Plaintiff's cellphones in his criminal appeal were likewise at issue in this federal civil case. (ECF

22   No. 25). On May 3, 2021, the Ninth Circuit issued a decision. *United States v. Peterson*, 995 F.3d

23   1061 (9th Cir. 2021).

24          Also on May 3, 2021, Plaintiff filed a motion for an extension of time, requesting a sixty-

25   day extension of the time to file an opposition to Defendant's motion to dismiss. (ECF No. 27;

26   *see* ECF No. 23). Plaintiff stated that, because the motion to dismiss relies on California law, he

27   needed additional time to obtain California legal research materials from his institution of

28   confinement. On May 4, 2021, the Court vacated its April 15, 2021 findings and

1 | recommendations to stay the action and granted Plaintiff a sixty-day extension of time to file his

2 | opposition to Defendant's motion to dismiss, making his opposition due around July 6, 2021.

3 | (ECF No. 28).

4 |      On July 9, 2021, Plaintiff filed a second motion for extension of time, stating that his

5 | institution of confinement had denied him the ability to research California state law and that he

6 | had sought an informal resolution relating to the denial, asserting that he needs "access to

7 | California case law and statutes" to be able "to mount a meaningful opposition." (ECF No. 29, p.

8 | 2). On July 13, 2021, the Court granted Plaintiff an additional sixty days to file an opposition to

9 | the motion to dismiss or a statement indicating that he no longer wishes to proceed in this action.

10 | (ECF No. 30). Additionally, the Court directed Plaintiff to file, should he request another

11 | extension, any requests for state legal materials and any responses from his institution of

12 | confinement. (*Id.*).

13 |      After sixty days passed without Plaintiff filing any response, the Court entered an order on

14 | September 24, 2021, requiring Plaintiff to file within fourteen days an opposition or a statement

15 | of non-opposition to Defendant's motion to dismiss. (ECF No. 31). The Court warned Plaintiff

16 | that failure to file anything may result in the Court granting the motion to dismiss or

17 | recommending that this case be dismissed for failure to prosecute and failure to comply with a

18 | court order.

19 |      On October 8, 2021, Plaintiff filed a response to this Court's order, requesting a third

20 | extension. (ECF No. 32). Plaintiff states that between July 30, 2021 and August 10, 2021, he

21 | submitted another request for a sixty-day extension of time to respond to the motion to dismiss

22 | because he had recently been placed in the special housing unit and did not have his property and

23 | he also has not yet exhausted his administrative remedies regarding his request for California

24 | state legal materials from his institution of confinement. Plaintiff states that he is unsure why the

25 | Court did not receive this document. Plaintiff requests a sixty-day extension of time to file his

26 | opposition brief, or, alternatively, asks this Court to order "the institution that Plaintiff is being

27 | held [in] to provide him with California state caselaw." (*Id.* at 2).

28 |      Good cause appearing, the Court will grant Plaintiff's motion for extension of time.

2

1    The Court will not order Plaintiff's institution of confinement to provide California state

2  caselaw at this time.  From reviewing attachments to Plaintiff's motion, the Court notes that

3  Plaintiff's institution, FCI Pollock in Louisiana, apparently has the policy it will provide federal

4  caselaw to inmates but is not required to provide state legal materials. This case is not proceeding

5  on an access to the courts claim and Plaintiff has not submitted any caselaw supporting his

6  request for such an order.

7    Additionally, Plaintiff does not identify the state materials he seeks nor why he requires

8  those materials to respond to the motion to dismiss. Plaintiff's underlying conviction was for a

9  federal crime. Plaintiff's pending lawsuit is for a federal cause of action. Moreover, the legal

10  issues surrounding the searches at issue have been extensively litigated in connection with

11  Plaintiff's criminal proceedings, including a motion to suppress in the trial court and an appeal in

12  the Ninth Circuit, during which Plaintiff was represented by counsel.

13    Nevertheless, the Court will permit Plaintiff to identify the specific California state legal

14  materials that he believes he requires to file his opposition brief and will direct Defendant to

15  respond as to whether she is willing to provide such legal materials to Plaintiff to facilitate

16  resolution of the motion to dismiss.[1]

17    Accordingly, IT IS HEREBY ORDERED that:

18    1.    Plaintiff's third motion for an extension of time (ECF No. 32) is GRANTED; and

19    2.    Plaintiff shall file his opposition to Defendant's motion to dismiss, or a statement

20    indicating he no longer wishes to proceed in this action, no later than sixty (60) days from

21    the date of service of this order.

22    3.    Within fourteen (14) days from the date of service of this order, Plaintiff shall file

23    a list identifying the California state legal materials that he requires to file his opposition

24    brief. Within fourteen (14) days of such filing, Defendant shall file a response, indicating

25    whether she is willing to provide such legal materials to Plaintiff to facilitate resolution of

26

27  _____

[1] At this time, the Court is not ordering that Defendant supply any requested legal materials. After
reviewing Plaintiff's request and Defendant's response, it will consider whether to issue such an order,
28  keeping in mind the scope of the materials requested and the reasonableness of the request.

the motion to dismiss.

4.      If Plaintiff fails to comply with this order, in ruling on Defendant's motion to dismiss, the Court may grant the motion based off Plaintiff's failure to file any opposition. Alternatively, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **October 13, 2021**        /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE